USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
U.S. BANK NATIONAL ASSOCIATION, AS :
TRUSTEE FOR THE REGISTERED HOLDERS OF :
J.P. MORGAN CHASE COMMERCIAL MORTGAGE : 1:24-cv-4166-GHW
SECURITIES CORP., MULTIFAMILY MORTGAGE :
PASS-THROUGH CERTIFICATES, SERIES 2018- :
SB47, : ORDER
:
                            Plaintiff, :
:
              -against- :
:
2426 UNIVERSITY FUND, LLC, *et al.*, :
:
                          Defendants. :
:
-------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

On February 10, 2025, the Court entered judgment in this case. Dkt. No. 55 (the "February 10, 2025 Judgment"). On February 13, 2025, the parties submitted a letter that explained: "When Plaintiff's counsel filed the [proposed judgment], it mistakenly attached thereto the Consensual Final Judgment for Cause No. 1:24-cv-04152-GHW, a related case involving the same parties but different properties. As a result, the same, identical judgment has been entered in both actions." Dkt. No 56. The Court understands that the February 10, 2025 Judgment was entered in error. The February 10, 2025 Judgment is vacated.

The Clerk of Court is directed to vacate the judgment at Dkt. No. 55.

SO ORDERED.

Dated: March 9, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge